FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MAY 1 4 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

*Dwight W. Raney #2861648*

*401 E. Eager Street*

*Baltimore, MD 21202*

_____

(Full name, prison identification
number and address of the plaintiff)

v.

*Baltimore City Jail*

*2101 E. Eager Street*

*Baltimore MD 21202*

_____

(Full name and address of the defendant(s))

Civil Action No. **JKB-13- 1423**
(Leave blank on initial filing to be filled in by Court.)

## COMPLAINT

I.   **Previous lawsuits**

   A.   Have you filed other cases in state or federal court dealing with the same facts as
        in this case or against the same defendants?

        YES ☐        NO ☑

   B.   If you answered YES, describe that case(s) in the spaces below.

        1.   Parties to the other case(s):

             Plaintiff: _____

             Defendant(s): _____

2.    Court (if a federal court name the district; if a state court name the city or

county): _____

3.    Case No.: _____

4.    Date filed: _____

5.    Name of judge that handled the case: _____

6.    Disposition (won, dismissed, still pending, on appeal): _____

_____

7.    Date of disposition: _____

## II.    Administrative proceedings

A.    If you are a prisoner, did you file a grievance as required by the prison's
administrative remedy procedures?

YES ☑    NO ☐

1.    If you answered YES:

a.    What was the result? *No reply or no action
or remedy took place*

b.    Did you appeal?

YES ☑    NO ☐

2.    If you answered NO to either of the questions above, explain why:

_____

_____

III.   **Statement of claim**
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

In late August of 2012 on J section of Baltimore city jail I was attacked, robbed and knocked unconscious on the floor on my way back from a medical pass. I was rushed to a hospital and woke up and noticed my shoes was missing. I was charged for medical expences. I would like to express my complaint also about my conditions of pretrial detention, including protection from violence, food and healthy punishment and access to counsel, All pertaining to my detention at BCDC starting from May 9 2012.

IV.   **Relief**
(State briefly what you want the Court to do for you.)

Restitution for shoes, pain and suffering, respect my rights and enforce them, Pay medical bills ect.

SIGNED THIS 10th day of May 2013

_Brysh Ruy_
(original signature of plaintiff)

401 E. Eager street
Baltimore, MD
21202
(address of plaintiff)